BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CRUZ-TEPETZI, an individual; ADAM PASQUALI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO VELASCO HERNANDEZ, JR., an individual; WAL-MART TRANSPORTATION, LLC, a foreign limited-liability company; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-00299-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO ANTONIO CRUZ-TEPETZI ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**; by and between Plaintiff ANTONIO CRUZ-TEPETZI only, and Defendants FRANCISCO VELASCO HERNANDEZ, JR and WAL-MART TRANSPORTATION, LLC, by and through their respective undersigned counsel of record,

///

///

///

///

///

1

the above-captioned and numbered matter may be dismissed with prejudice as to ANTONIO CRUZ-TEPETZI only, all parties to bear their own attorneys' fees and costs.

DATED this 8th day of September, 2022.

STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
*admin@sdlawoffice.net*
*Attorneys for Defendants*

DATED this 21 day of September, 2022

LLOYD BAKER INJURY ATTORNEYS

By: _____
Lloyd W. Baker, Esq.
Alyssa Piraino, Esq.
Lloyd Baker Injury Attorneys
500 S. Eighth Street
Las Vegas, NV 89101
T: 702-444-2222
F: 702-360-3234
lloyd@bakerattorneys.net
alyssa@855bakerlaw.com
*Attorneys for Plaintiffs*

## ORDER

Pursuant to the foregoing Stipulation and good cause showing therefor;

**IT IS ORDERED** that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice as to Antonio Cruz-Tepetzi only, all parties to bear their own attorneys' fees and costs.

DATED September 26, 2022

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.