BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CRUZ-TEPETZI, an individual; ADAM PASQUALI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO VELASCO HERNANDEZ, JR., an individual; WAL-MART TRANSPORTATION, LLC, a foreign limited-liability company; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-00299-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO ADAM PASQUALI ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**; by and between Plaintiff ADAM PASQUALI only, and Defendants FRANCISCO VELASCO HERNANDEZ, JR and WAL-MART TRANSPORTATION, LLC, by and through their respective undersigned counsel of record,

/ / /

/ / /

/ / /

/ / /

/ / /

1

the above-captioned and numbered matter may be dismissed with prejudice as to ADAM PASQUALI only, all parties to bear their own attorneys' fees and costs.

DATED this 26th day of September, 2022.

STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
*admin@sdlawoffice.net*
*Attorneys for Defendants*

DATED this 26 day of September, 2022

LLOYD BAKER INJURY ATTORNEYS

By: _____
Lloyd W. Baker, Esq.
Alyssa Piraino, Esq.
Lloyd Baker Injury Attorneys
500 S. Eighth Street
Las Vegas, NV 89101
T: 702-444-2222
F: 702-360-3234
lloyd@bakerattorneys.net
alyssa@855bakerlaw.com
*Attorneys for Plaintiffs*

## ORDER

Pursuant to the foregoing Stipulation and good cause showing therefor;

**IT IS ORDERED** that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice as to Adam Pasquali only, all parties to bear their own attorneys' fees and costs.

DATED September 30, 2022

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.